# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:06CR1 |
| JERMEL O'RYAN TURNER ) | USM No: 14224-171 |
| Date of Previous Judgment: October 9, 2007 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 34   Amended Offense Level: 34
Criminal History Category: VI   Criminal History Category: VI
Previous Guideline Range: 262 to 327 months   Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction as the guideline range remains unchanged after applying Amendment 706 as the defendant is a career offender. His revised total offense level remains at a level 34, as in the original PSR, which results in the same guideline range of 262 to 327 months. Therefore, Amendment 706 does not impact the defendant's sentence in this case.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated October 9, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 16, 2010

Effective Date: February 16, 2010
(if different from order date)

Richard L. Voorhees
United States District Judge